THERESA O'KEEFFE, Individually and as Administratrix of the Estate of THOMAS J. O'KEEFFE, Deceased, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 60113.) (Appeal No. 2.) 

 Present—Doerr, J. P., Boomer, Green, Balio and Lawton, JJ.

 THERESA O'KEEFFE, Individually and as Administratrix of the Estate of MARK O'KEEFFE, Deceased, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 60114.) (Appeal No. 3.) 

 Present—Doerr, J. P., Boomer, Green, Balio and Lawton, JJ.